

# NANCE FITZPATRICK STOKES

## PEARL RIVER COUNTY CIRCUIT CLERK

Post Office Box 530, Poplarville, MS  39470-0530
(601) 403-2328 · Fax (601) 403-2338
nstokes@pearlrivercounty.net

June 23, 2023

Andrew W. Eversberg
Schutte, Richardson, Eversberg,
Cronin, Judice & Avocato, LLP
501 Louisiana Avenue
Baton Rouge, LA 70802

Re:    Agrean Clark versus Jarvis K. James, Et Al; 55CI1:23-cv-80-BT;
        Circuit Court of Pearl River County, Mississippi

Dear Mr. Eversberg

        Enclosed please find a copy of the requested court record in the matter entitled, *Agrean Clark v. Jarvis Kyle James, Associated Grocers, Inc. and Jane and John Does 1-10*, No. 55CI1:23-cv-80-BT.

If you have any questions, please do not hesitate to contact our office.

Thank you for your consideration in this regard.

Sincerely,

Christie Saucier
Deputy Circuit Clerk

/cs

Enclosure

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party*
*Prior to Filing of Pleading)*

| Court Identification Docket # | | | Case Year | Docket Number |
|---|---|---|---|---|
| County # | Judicial District | Court ID (CH, CI, CO) | | |
| 5 5 | 1 | C I | 2 0 2 3 | 0 0 0 8 0 |
| | | | | B T |
| | | | | Local Docket ID |

Month: 0 5  Date: 1 0  Year: 2 3
This area to be completed by clerk

Mississippi Supreme Court  Form AOC/01
Administrative Office of Courts  (Rev 2020)

Case Number if filed prior to 1/1/94

In the CIRCUIT    Court of PEARL RIVER    County  —    Judicial District

**Origin of Suit (Place an "X" in one box only)**

[X] Initial Filing  [ ] Reinstated  [ ] Foreign Judgment Enrolled  [ ] Transfer from Other court  [ ] Other
[ ] Remanded  [ ] Reopened  [ ] Joining Suit/Action  [ ] Appeal

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual: Clark (Last Name)  Agrean (First Name)  Maiden Name, if applicable  M.I.  Jr/Sr/III/IV

___ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ___

___ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency ___

Business ___

Enter legal name of business, corporation, partnership, agency - if Corporation, indicate the state where incorporated
___ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A ___

Address of Plaintiff  8517 Highway 35, Prentiss, MS 39474

Attorney (Name & Address)  Terrell Stubbs, P.O. Box 157, Mendenhall, MS 39114    MS Bar No.  8017

___ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: ___

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual: James (Last Name)  Jarvis (First Name)  Maiden Name, if applicable  K M.I.  Jr/Sr/III/IV

___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ___

___ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency ___

Business ___

Enter legal name of business, corporation, partnership, agency - if Corporation, indicate the state where incorporated
___ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A ___

Attorney (Name & Address) - If Known ___    MS Bar No. ___

___ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit (Place an "X" in one box only)**

| Domestic Relations | Business/Commercial | Children/Minors – Non-Domestic | Real Property |
|---|---|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) | [ ] Adoption - Contested | [ ] Adverse Possession |
| [ ] Child Support | [ ] Business Dissolution | [ ] Adoption - Uncontested | [ ] Ejectment |
| [ ] Contempt | [ ] Debt Collection | [ ] Consent to Abortion | [ ] Eminent Domain |
| [ ] Divorce:Fault | [ ] Employment | [ ] Minor Removal of Minority | [ ] Eviction |
| [ ] Divorce: Irreconcilable Diff. | [ ] Foreign Judgment | [ ] Other | [ ] Judicial Foreclosure |
| [ ] Domestic Abuse | [ ] Garnishment | **Civil Rights** | [ ] Lien Assertion |
| [ ] Emancipation | [ ] Replevin | [ ] Elections | [ ] Partition |
| [ ] Modification | [ ] Other | [ ] Expungement | [ ] Tax Sale: Confirm/Cancel |
| [ ] Paternity | **Probate** | [ ] Habeas Corpus | [ ] Title Boundary or Easement |
| [ ] Property Division | [ ] Accounting (Probate) | [ ] Post Conviction Relief/Prisoner | [ ] Other |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction | [ ] Other | **Torts** |
| [ ] Term. of Parental Rights-Chancery | [ ] Mental Health Commitment | **Contract** | [ ] Bad Faith |
| [ ] UIFSA (eff 7/1/97; formerly URESA) | [ ] Conservatorship | [ ] Breach of Contract | [ ] Fraud |
| [ ] Other | [ ] Guardianship | [ ] Installment Contract | [ ] Intentional Tort |
| **Appeals** | [ ] Joint Conservatorship & Guardianship | [ ] Insurance | [ ] Loss of Consortium |
| [ ] Administrative Agency | [ ] Heirship | [ ] Specific Performance | [ ] Malpractice - Legal |
| [ ] County Court | [ ] Intestate Estate | [ ] Other | [ ] Malpractice - Medical |
| [ ] Hardship Petition (Driver License) | [ ] Minor's Settlement | **Statutes/Rules** | [ ] Mass Tort |
| [ ] Justice Court | [ ] Muniment of Title | [ ] Bond Validation | [ ] Negligence - General |
| [ ] MS Dept Employment Security | [ ] Name Change | [ ] Civil Forfeiture | [X] Negligence - Motor Vehicle |
| [ ] Municipal Court | [ ] Testate Estate | [ ] Declaratory Judgment | [ ] Premises Liability |
| [ ] Other | [ ] Will Contest | [ ] Injunction or Restraining Order | [ ] Product Liability |
| | [ ] Alcohol/Drug Commitment (Involuntary) | [ ] Other | [ ] Subrogation |
| | [ ] Alcohol/Drug Commitment (Voluntary) | | [ ] Wrongful Death |
| | [ ] Other | | [ ] Other |

IN THE [CIRCUIT] COURT OF [PEARL RIVER] COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No. _____ - _____ _____      Docket No. If Filed
      File Yr    Chronological No.   Clerk's Local ID      Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

## Defendant #2:

**Individual:** _____ - _____ ( _____ ) ___ ___
    Last Name     First Name    Maiden Name, If Applicable  Middle Init.  Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** [Associated Grocers, Inc, Louisiana]
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____  *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

## Defendant #3:

**Individual:** _____ - _____ ( _____ ) ___ ___
    Last Name     First Name    Maiden Name, If Applicable  Middle Init.  Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____  *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

## Defendant #4:

**Individual:** _____ - _____ ( _____ ) ___ ___
    Last Name     First Name    Maiden Name, If Applicable  Middle Init.  Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____  *Pro Hac Vice* (✓)___ Not an Attorney(✓)___



**TERRELL STUBBS**
**KANNAN STUBBS**
**MEGAN S. THORNTON**
**WADE UNDERWOOD**
**JOHN SCARBOROUGH**

**120 W COURT AVE**
**P.O. BOX 157**
**MENDENHALL, MS 39114**
**601-847-4811**
**FAX 601-847-5938**

**THE STUBBS LAW FIRM**

May 9, 2023

**FILED**
NANCE FITZPATRICK STOKES
CIRCUIT CLERK

MAY 1 0 2023

BY: _____
DEPUTY CLERK

Nance Stoke
Pearl River County Circuit Clerk
P.O. Box 530
Poplarville, MS 39470

RE:    Agrean Clark v. Jarvis James, et al;
       In The Circuit Court of Pearl River County, Mississippi;

Dear Ms. Stoke:

In reference to the above captioned cause, please find enclosed the following:

1) Our firm's check #6049 in the amount of $161.00;
2) Civil Case Filing Form;
3) Summons – Jarvis James (4 copies);
4) Summons – Associated Grocers, Inc. (4 copies);
5) Complaint;
6) Notice of Service – Jarvis James; and
7) Notice of Service – Associated Grocers, Inc.

Please file the originals and stamp "FILED" on the copies and return the copies to me in the enclosed self-addressed, metered envelope provided for your convenience. We will appreciate you filing this document via the MEC Filing System.

Should you have any questions, please contact our Magee office and speak with Amanda Saranthus.

With kindest regards, I remain

Sincerely yours,
The Stubbs Law Firm, PLLC

*Terrell Stubbs*

Terrell Stubbs
For the Firm

TS/as
Enclosures

Mendenhall          Magee          Prentiss          Flowood

## IN THE CIRCUIT COURT OF PEARL RIVER COUNTY, MISSISSIPPI

| | |
|---|---|
| AGREAN CLARK | § |
| PLAINTIFF | § |
| | § |
| VS.        CAUSE NO. _23-cv-80 BT_ | § |
| | § |
| JARVIS KYLE JAMES, ASSOCIATED | § |
| GROCERS, INC. AND JANE AND JOHN | § |
| DOES 1 – 10 | § |
| DEFENDANTS | § |

### COMPLAINT
(Jury Trial Demanded)

COMES NOW, Plaintiff, Agrean Clark, by and through her attorney, and files this her

Complaint against Defendants, Jarvis Kyle James and Associated Grocers, Inc. and John and Jane

Does 1 -10 and in support thereof respectfully presents the following:

### PARTIES

1.  Plaintiff, Agrean Clark, is an adult resident citizen of the State of Mississippi. At all

relevant times, Plaintiff has resided in Jefferson Davis County, Mississippi.

2.  Defendant, Jarvis Kyle James (hereinafter "Defendant James") is an adult resident citizen

of Louisiana whose address and location are unknown at this time

3.  Defendant, Associated Grocers, Inc., (hereinafter "Defendant Grocers") is a foreign

corporation doing business within the State of Mississippi, with its corporate headquarters

located at 8600 Anselmo Lane, Baton Rouge, Louisiana.    At all times relevant herein, Grocers

was authorized to do business within the State of Mississippi. Grocers may be served with

process of this Court by serving its registered agent, Manard M. Lagasse, Jr., 8600 Anselmo

Lane Baton Rouge, Louisiana 70810.

FILED
NANCE FITZPATRICK STOKES
CIRCUIT CLERK

MAY 1 0 2023

BY: _____
DEPUTY CLERK

*Clark v. James, et al.* - Complaint                                Page 1 of 8

4. Defendants, JOHN and JANE DOES 1 – 10 are corporations, entities, businesses, individuals and the like which are presently unknown to Plaintiff, but who are liable in this cause, and who are individuals the Plaintiff asserts are unable to be currently identified, despite diligent efforts, Said Defendants are name pursuant to M.R.C.P. 9(h), insofar as their acts and/or omissions were negligent and/or otherwise torturous with respect to the damages suffered by Plaintiff.

## JURISDICTION AND VENUE

5. This Complaint is based on claims made by Plaintiff against Defendants arising under the laws of the State of Mississippi and the amount in controversy does not exceed the jurisdictional limits of this Court.

6. This Court has jurisdiction over the parties and the subject matter of this action.

7. Venue is properly fixed in this Court since the incident at issue occurred in Pearl River County, Mississippi, and Defendant Grocers has been and is doing business in the Pearl River County, Mississippi.

## FACTUAL BACKGROUND

8. On or about April 5, 2022, Plaintiff, Agrean Clark was the driver of a Toyota Camry traveling northbound on Interstate 59 in Pearl River County, Mississippi. At the time of the incident, Plaintiff was traveling in the right lane of traffic on Interstate 59 in Pearl River County, Mississippi. At all times herein, Plaintiff's vehicle was driven in a lawful, careful and prudent manner and in obedience to all applicable laws, ordinances and rules of the road.

9. At the same time, Defendant James was operating a vehicle bearing tag number LA P241157 owned by Defendant Grocer, traveling northbound on Interstate 59 in Pearl River

County, Mississippi, when suddenly and without warning, Defendant James, proceeded to crash into the rear-end of Plaintiff's vehicle, ignoring Plaintiff's vehicle in the right lane.

10. At the time of the collision it was dark, raining, and wet.

11. The collision was a result of Defendant James' failure to follow the rules of the road, maintain proper speed, proper outlook, and control of the vehicle he was operating.

12. The collision directly and proximately resulted in serious physical injuries to the Plaintiff and property damage to her vehicle.

13. The negligent actions and inactions by Defendant James are the direct and proximate cause of the harm and injuries suffered by Plaintiff; physical pain and suffering, past present, and future; emotional and mental distress, past, present and future; medical expenses, past, present, and future; temporary and permanent physical impairment and disability; loss of enjoyment of life; and all other damages recoverable under the laws of the State of Mississippi.

14. At all times herein Defendant James was acting within the scope and course of his employment with Defendant Grocer.    Accordingly, Defendant Grocer is vicariously responsible for the acts and/or omissions of Defendant James pursuant to the doctrine of respondeat superior.

## CAUSES OF ACTION

### COUNT 1: NEGLIGENCE BY DEFENDANT JARVIS KYLE JAMES

15. The allegations contained in the preceding paragraphs are incorporated herein by reference.

16. Defendant James was careless, reckless, and negligent in the operation of said vehicle at said time, date and place of the collision in the following ways, to-wit:

    a.  Operating said vehicle at an unsafe speed;

    b.  Failing to keep a reasonable and proper outlook for other traffic;

   c.  Failing to yield the right of way;

   d.  Failing to have said vehicle under reasonable and proper control;

   e.  Driving and operating the vehicle at an excessive rate of speed under the facts and circumstances then and there existing;

   f.  Failing to stop said vehicle;

   g.  Failing to comply with numerous other provisions of Title 63, Chapter 3 of the laws of the State of Mississippi, commonly known as Traffic Regulations and Rules of the Road;

   h.  Failing to comply with numerous other provisions of Title 63, Chapter 7 of the laws of the State of Mississippi, commonly known as Equipment and Identification;

   i.  Driving and operating the vehicle in a careless or imprudent manner, without due regard for the traffic and use of the streets and highways and all other attendant circumstances in violation of Miss. Code Ann. §63-3-1213, careless or imprudent driving.

   j.  Failing to properly maintain and inspect said vehicle;

   k.  Failing to do any other reasonable acts necessary to avoid said collision; and

   l.  Other ways which are as yet unknown but may be revealed through the course of discovery.

## COUNT 2: NEGLIGENCE BY DEFENDANT ASSOCIATED GROCERS, INC.

17. Defendant Grocer was careless, reckless, and negligent in the following ways, to wit:

   a.  Failing to supervise or otherwise properly monitor the driving habits of the drivers, including Defendant James;

---

*Clark v. James, et al.* - Complaint

b.  Failing to ensure that Defendant James possessed the adequate training or skills necessary to operate said vehicle;

c.  By other acts or omissions of the Defendants; and

d.  Other ways which are yet unknown, but may be revealed through the course of discovery.

## COUNT 3:    NEGLIGENCE PER SE

18. The allegations contained in the preceding paragraphs are incorporated herein by reference.

19. The mere occurrence of the actions of Defendant James, when he recklessly caused the vehicles to collide, should allow for an inference of negligence against Defendants.

20. The nature of the events described herein is of the type that does not ordinarily occur in the absence of negligence.

21. The above acts constitute negligence per se and were each a proximate cause of the occurrence in question. Further, the acts and/or omissions of said Defendants proximately caused the damages and injuries sustained by Plaintiff.

## COUNT 4: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

22. The allegations contained in the preceding paragraphs are incorporated herein by reference.

23. The acts and/or omissions of Defendants on the day in question caused Plaintiff severe emotional distress through Defendants' negligent conduct.

24. The above acts and/or omissions of said Defendants constitute negligent infliction of emotional distress and were each a proximate cause of the injuries and damages sustained by the Plaintiff.

## COUNT 5: GROSS NEGLIGENCE

25. The allegations contained in the preceding paragraphs are incorporated herein by reference.

26. Plaintiff brings this cause of action to recover punitive damages as a result of the gross negligence and reckless conduct on the part of Defendants, Jarvis Kyle James, Associated Grocers, Inc., and John and Jane Does 1- 10.

27. Plaintiff seeks actual and punitive damages as a result of the negligent, grossly negligent, and tortious actions of said Defendants, and therefore, demands compensation in punitive damages in an amount determined to be adequate to deter future actions by said Defendants.

## COMPENSATORY DAMAGES

28. The allegations contained in the preceding paragraphs are incorporated herein by reference.

29. As a direct and proximate result of the aforementioned actions and omissions of the Defendants, Jarvis Kyle James, Associated Grocers, Inc., and John and Jane Does 1- 10, Plaintiff demands judgment for compensatory damages of and from said Defendants, including, but not limited to the following:

    a.  Property damage to Plaintiff's vehicle;

    b.  Past, present and future physical pain and suffering;

    c.  Financial loss due to Plaintiff's loss of use of Plaintiff's vehicle;

    d.  Emotional and mental distress, past, present and future;

    e.  Medical expenses, past, present and future;

    f.  Temporary and permanent physical impairment and disability;

    g.  Loss of enjoyment of life;

    h.  Pre and post judgment interest; and

    i.  All such further damages and relief, both general and specific, to which Plaintiff may be entitled in equity and law.

*Clark v. James, et al.* - Complaint

## PUNITVE DAMAGES

30. The allegations contained in the preceding paragraphs are incorporated herein by reference.

31. Defendants have subjected Plaintiff to such deprivations by either malice and/or reckless disregard of Plaintiff's safety and rights, justifying an award of punitive damages.

32. As pleaded, *supra*, as a direct and proximate result of the aforementioned gross negligence of said Defendants, Plaintiff demands judgment for punitive damages of and from said Defendants.

## DEMAND FOR JURY TRIAL

33. Plaintiff is entitled to a trial by jury and respectfully requests a trial by jury on all issues raised herein.

**WHEREFORE PREMISES CONSIDERED,** WHEREFORE, premises considered, Plaintiff demands a trial by jury and judgment of and from Defendant for actual, compensatory and non-pecuniary damages as determined by the jury together with costs of Court incurred and pre and post judgment interest, not to exceed $75,000.00 inclusive of all related interests and costs.

RESPECTFULLY SUBMITTED, this the _____ 9ᵗʰ _____ day of May , 2023.


Agrean Clark, Plaintiff

By: The Stubbs Law Firm, PLLC

By: _____

Counsel for Plaintiff

TERRELL STUBBS, MSB No. 8017
KANNAN STUBBS, MSB No. 103492
The Stubbs Law Firm, PLLC
P.O. Box 157
Mendenhall, MS 39114
P. (601) 847-4811
F. (601) 847-5938
terrell@stubbsms.com
www.thestubbslawfirm.com

## IN THE CIRCUIT COURT OF PEARL RIVER COUNTY, MISSISSIPPI

| | |
|---|---|
| **AGREAN CLARK** | § |
| **PLAINTIFF** | § |
| | § |
| **VS.        CAUSE NO.** ~~23-cv-80 BT~~ | § |
| | § |
| **JARVIS KYLE JAMES, ASSOCIATED** | § |
| **GROCERS, INC. AND JANE AND JOHN** | § |
| **DOES 1 – 10** | § |
| **DEFENDANTS** | § |

---

### NOTICE OF SERVICE OF PLAINTIFF'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION PROPOUNDED TO DEFENDANT, JARVIS KYLE JAMES

---

**TO:    Jarvis Kyle James**
**57105 Old US 51**
**Amite, LA 70422**

Notice is hereby given, pursuant to Local Rules, that the Plaintiff, Agrean Clark, has this date served in the above-entitled action:

1.    Plaintiff's First Set of Interrogatories Propounded to Defendant, Jarvis Kyle James; and

2.    Plaintiff's First Set of Request for Production of Documents Propounded to Defendant, Jarvis Kyle James.

The undersigned retains the original(s) of the above paper(s) as custodian thereof pursuant to the Local Rules.

DATE: 5-9-23

TERRELL STUBBS,
Attorney for Plaintiff

**FILED**
NANCE FITZPATRICK STOKES
CIRCUIT CLERK

MAY 1 0 2023

BY: _____
DEPUTY CLERK

*Clark v. James, et al*                                              *Page 1 of 2*

## CERTIFICATE OF SERVICE

I, TERRELL STUBBS, attorney of record for the Plaintiff, Agrean Clark, do hereby certify that I have attached a copy of Plaintiff's First Interrogatories Propounded to Defendant, Jarvis Kyle James, and Plaintiff's First Set of Requests for Production of Documents Propounded to Defendant, Jarvis Kyle James, to the Summons and Complaint to be served upon Jarvis Kyle James, 57105 Old US 51, Amite, LA 70422.

This the 9th day of March, 2023.

TERRELL STUBBS, MB #8017
THE STUBBS LAW FIRM, PLLC
120 West Court Avenue
P.O. Box 157
Mendenhall, MS 39114
(601) 847-4811
*www.thestubbslawfirm.com*

## IN THE CIRCUIT COURT OF PEARL RIVER COUNTY, MISSISSIPPI

| | |
|---|---|
| **AGREAN CLARK** | § |
| **PLAINTIFF** | § |
| | § |
| **VS.**    CAUSE NO. _23-Cv-80 BT_ | § |
| | § |
| **JARVIS KYLE JAMES, ASSOCIATED** | § |
| **GROCERS, INC. AND JANE AND JOHN** | § |
| **DOES 1 – 10** | § |
| **DEFENDANTS** | § |

---

### NOTICE OF SERVICE OF PLAINTIFF'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION PROPOUNDED TO DEFENDANT, ASSOCIATED GROCERS, INC.

---

**TO:**    Associated Grocers, Inc.
c/o Manard M. Lagasse, Jr.
8600 Anselmo Lane
Baton Rouge, LA 70810

Notice is hereby given, pursuant to Local Rules, that the Plaintiff, Agrean Clark, has this date served in the above-entitled action:

1.    Plaintiff's First Set of Interrogatories Propounded to Defendant, Associated Grocers, Inc.; and

2.    Plaintiff's First Set of Request for Production of Documents Propounded to Defendant, Associated Grocers, Inc.

The undersigned retains the original(s) of the above paper(s) as custodian thereof pursuant to the Local Rules.

DATE: **5-9-23**

_Terrell Stubbs_
TERRELL STUBBS,
Attorney for Plaintiff

*Clark v. James, et al*                                                          *Page 1 of 2*

**FILED**
NANCE FITZPATRICK STOKES
CIRCUIT CLERK

MAY 1 0 2023

BY: _____
DEPUTY CLERK

## CERTIFICATE OF SERVICE

I, TERRELL STUBBS, attorney of record for the Plaintiff, Agrean Clark, do hereby certify that I have attached a copy of Plaintiff's First Interrogatories Propounded to Defendant, Associated Grocers, Inc., and Plaintiff's First Set of Requests for Production of Documents Propounded to Defendant, Associated Grocers, Inc., to the Summons and Complaint to be served upon its registered agent for service, Manard M. Lagasse, Jr., 8600 Anselmo Lane, Baton Rouge, LA 70810.

This the 9ᵗʰ day of ＭＡＣＵ＿＿＿＿＿, 2023.

*Terrell Stubbs*

TERRELL STUBBS, MB #8017
THE STUBBS LAW FIRM, PLLC
120 West Court Avenue
P.O. Box 157
Mendenhall, MS 39114
(601) 847-4811
*www.thestubbslawfirm.com*

---

*Clark v. James, et al*

## IN THE CIRCUIT COURT OF PEARL RIVER COUNTY, MISSISSIPPI

| | |
|---|---|
| AGREAN CLARK | § |
| PLAINTIFF | § |
| | § |
| VS.          CAUSE NO. _23-CV- 80 BT_ | § |
| | § |
| JARVIS KYLE JAMES, ASSOCIATED | § |
| GROCERS, INC. AND JANE AND JOHN | § |
| DOES 1 – 10 | § |
| DEFENDANTS | § |

### SUMMONS

**STATE OF MISSISSIPPI**
**COUNTY OF LAWRENCE**

TO:    **Jarvis Kyle James**
       **57105 Old US 51**
       **Amite, LA 70422**
       **(or wherever he may be found)**

### NOTICE TO DEFENDANT

THE COMPLAINT, INTERROGATORIES, AND REQUEST FOR PRODUCTION WHICH ARE ATTACHED TO THIS SUMMONS ARE IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint to The Stubbs Law Firm, PLLC, Terrell Stubbs, Attorney at Law, whose post office address is Post Office Box 157, Mendenhall, MS 39114, and whose street address is 120 West Court Avenue, Mendenhall, MS 39114. Your response must be mailed or delivered within (30) days from the date of delivery of this Summons and Complaint or a Judgment by default will be entered against you for the things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

You must answer the Interrogatories, and Request for Production within (45) days from the date of delivery of the Summons, Complaint, Interrogatories, and Request for Production to you and you must also mail or deliver your answers to these to The Stubbs Law Firm, Terrell Stubbs, Attorney at Law, at his above stated address.

Issued under my hand and seal of this Court, on this _10th_ day of _May_, 2023.

NANCE STOKES, CIRCUIT CLERK

(Seal)

BY: _____

## IN THE CIRCUIT COURT OF PEARL RIVER COUNTY, MISSISSIPPI

| | | |
|---|---|---|
| **AGREAN CLARK** | § | |
| **PLAINTIFF** | § | |
| | § | |
| **VS.    CAUSE NO.** ___23-CW-80 BT___ | § | |
| | § | |
| **JARVIS KYLE JAMES, ASSOCIATED** | § | |
| **GROCERS, INC. AND JANE AND JOHN** | § | |
| **DOES 1 – 10** | § | |
| **DEFENDANTS** | § | |

---

### SUMMONS

**STATE OF MISSISSIPPI**
**COUNTY OF LAWRENCE**

**TO:**  **Associated Grocers, Inc.**
    **c/o Manard M. Lagasse, Jr.**
    **8600 Anselmo Lane**
    **Baton Rouge, LA 70810**
    **(or wherever he may be found)**

### NOTICE TO DEFENDANT

THE COMPLAINT, INTERROGATORIES, AND REQUEST FOR PRODUCTION WHICH ARE ATTACHED TO THIS SUMMONS ARE IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint to The Stubbs Law Firm, PLLC, Terrell Stubbs, Attorney at Law, whose post office address is Post Office Box 157, Mendenhall, MS 39114, and whose street address is 120 West Court Avenue, Mendenhall, MS 39114. Your response must be mailed or delivered within (30) days from the date of delivery of this Summons and Complaint or a Judgment by default will be entered against you for the things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

You must answer the Interrogatories, and Request for Production within (45) days from the date of delivery of the Summons, Complaint, Interrogatories, and Request for Production to you and you must also mail or deliver your answers to these to The Stubbs Law Firm, Terrell Stubbs, Attorney at Law, at his above stated address.

Issued under my hand and seal of this Court, on this __10th__ day of ___May___, 2023.

NANCE STOKES, CIRCUIT CLERK

(Seal)

BY: _____ D.C.

## IN THE CIRCUIT COURT OF PEARL RIVER COUNTY, MISSISSIPPI

AGREAN CLARK                                                §
PLAINTIFF                                                   §
                                                            §
VS.            CAUSE NO. 23-CИ-80BT                          §
                                                            §
JARVIS KYLE JAMES, ASSOCIATED                               §
GROCERS, INC. AND JANE AND JOHN                             §
DOES 1 – 10                                                 §
DEFENDANTS                                                  §

PROOF OF SERVICE - SUMMONS
(Process Server)

NAME OF PERSON SERVED:    Mercial M. Lagasse, Jr.

I, the undersigned process server, served the SUMMONS; COMPLAINT; INTERROGATORIES; REQUEST FOR PRODUCTION AND NOTICE OF SERVICE OF PLAINTIFF'S DISCOVERY REQUESTS upon the person or entity named above in the manner set forth below:

_____PERSONAL SERVICE:   I personally delivered a copy of the aforesaid _____ _____ to _____ of _____ _____, Mississippi, on the_____ day of _____, 2023, where I found said person in _____County, Mississippi.

_____FIRST CLASS MAIL AND ACKNOWLEDGEMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date attached Notice, copies to the person served, together with copies of the form of notice and acknowledgement and return envelope, postage prepaid, addressed to the sender.

_____RESIDENCE SERVICE.   After exercising reasonable diligence, I was unable to deliver copies to said person within _____County, MS.   I served the Summons, Complaint, Petition, and/or Notice of Service of Discovery Requests on the _____ day of _____, 2023, at the usual place of abode of said person by leaving a true copy of the Summons, Complaint, Petition and/or Notice of Service of Discovery Requests with _____, a member of the family of the person served above the age of sixteen years and willing to receive the Summons, Complaint, Petition and/or Notice of Service of Discovery, and thereafter on the _____day of _____, 2023, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

___X___CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.

_____UNSERVED DOCUMENTS.   I certify that, despite due and diligent search, I was unable to locate the person to be served.

At the time of service I was at least 18 years of age and not a part to this action.

Fee for service:   $____∅_____

(Process server must list below:)   (Type or print)

NAME:__Amanda Scarenthers_____
ADDRESS:_203 SCR 71, Magee, MS 39111_____
PHONE:_601-382-2176_____

STATE OF MISSISSIPPI
COUNTY OF Simpson :::

    Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named Amanda Sawantus who being first by me duly sworn state on oath that the matters and facts set forth in the foregoing "PROOF OF SERVICE - SUMMONS- Complaint, Interrogatories, Req for Prod, and Notice of Service", are true and correct as therein stated.

                                                                Process Server (Signature)

    SWORN TO AND SUBSCRIBED before me, this the _____22_____ day of, ____May____, 2023.

                                           Brenna Barlow
                                           Notary Public

My Commission Expires:

    6-2-26
    (AFFIX SEAL)



STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 315211
BRENNA BARLOW
Commission Expires
June 2, 2026
SIMPSON COUNTY



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 4.15

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)        $ 3.35
☐ Return Receipt (electronic)       $
☒ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark
Here

MAY 16 2023

Postage
$ 2.94

Total Postage and Fees
$ 10.44

Sent To
Manard M. Lagasse, Sr.
Street and Apt. No., or PO Box No.
8600 Anselmo Lane
City, State, ZIP+4®
Baton Rouge, LA 70810

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**RECEIVED**

MAY 22 2023

The Stubbs Law Firm

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Manard M. Lagasse, Jr.
8600 Anselmo Lane
Baton Rouge, LA 70810

9590 9402 7492 2055 8432 30

2. Article Number *(Transfer from service label)*

7021 2720 0000 8652 2666

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Donna Aucoin      ☒ Agent
                      ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
Donna Aucoin                        5/18/23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

## IN THE CIRCUIT COURT OF PEARL RIVER COUNTY, MISSISSIPPI

AGREAN CLARK                 §
PLAINTIFF                       §
                               §
VS.        CAUSE NO. __23-cv-80 BT__   §
                               §
JARVIS KYLE JAMES, ASSOCIATED   §
GROCERS, INC. AND JANE AND JOHN   §
DOES 1 – 10                    §
DEFENDANTS                 §

---

### SUMMONS

STATE OF MISSISSIPPI
COUNTY OF LAWRENCE

TO:    **Associated Grocers, Inc.**
      **c/o Manard M. Lagasse, Jr.**
      **8600 Anselmo Lane**
      **Baton Rouge, LA 70810**
      **(or wherever he may be found)**

### NOTICE TO DEFENDANT

THE COMPLAINT, INTERROGATORIES, AND REQUEST FOR PRODUCTION WHICH ARE ATTACHED TO THIS SUMMONS ARE IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint to The Stubbs Law Firm, PLLC, Terrell Stubbs, Attorney at Law, whose post office address is Post Office Box 157, Mendenhall, MS 39114, and whose street address is 120 West Court Avenue, Mendenhall, MS 39114. Your response must be mailed or delivered within (30) days from the date of delivery of this Summons and Complaint or a Judgment by default will be entered against you for the things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

You must answer the Interrogatories, and Request for Production within (45) days from the date of delivery of the Summons, Complaint, Interrogatories, and Request for Production to you and you must also mail or deliver your answers to these to The Stubbs Law Firm, Terrell Stubbs, Attorney at Law, at his above stated address.

Issued under my hand and seal of this Court, on this 10th day of  May  , 2023.

                    NANCE STOKES, CIRCUIT CLERK

(Seal)

                    BY: _____